

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| IN THE MATTER OF THE ESTATE OF JOSEPH ABRAHAM, JR. A/K/A JOSEPH (SIB) ABRAHAM, JR., DECEASED, | § | No. 08-19-00231-CV |
|  | § | Appeal from the |
|  | § | Probate Court No. 1 |
| Appellant. | § | of El Paso County, Texas |
|  | § | (TC# 2014-CPR02054) |
|  | § |  |

**O R D E R**

Appellee Albert Bloxom, successor dependent administrator of the Estate of Joseph Abraham, Jr., has filed a motion to abate this appeal pending a decision from the Texas Supreme Court in Cause No. 19-1059. Appellee contends that the issues in this appeal overlap substantially with those raised in the petition for review in Cause No. 19-1059.

The motion to abate is GRANTED. This appeal is abated for six months or until the Texas Supreme Court grants or finally denies the petition for discretionary review filed in Cause No. 19-1059, whichever occurs first. Counsel are admonished to file notice with this Court in the event action is taken in Cause No. 19-1059 by the Texas Supreme Court. The briefing deadlines are hereby suspended during the abatement and will be reset once the abatement period is over.

IT IS SO ORDERED this 25th day of February, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.